544

589 A.2d 168

IN THE MATTER OF ROBERT H. LEVIN, AN
ATTORNEY AT LAW.

May 2, 1991.

ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that ROBERT H. LEVIN of CHERRY HILL, who was admitted to the bar of this State in 1980, be publicly reprimanded for failing to act with reasonable diligence and for failing to keep his client reasonably informed about the status of a litigation matter, in violation of *RPC* 1.3 and 1.4(a), and respondent having recently been disciplined for similar conduct, and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are adopted and ROBERT H. LEVIN is hereby publicly reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent shall reimburse the Ethics Financial Committee for appropriate administrative costs incurred in the prosecution of this matter.